IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

UNITED STATES OF AMERICA

v.   Case No.: 1:22-mj-00026-RMM

LOUIS MITCHELL

## **ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled preliminary hearing on April 7, 2022, be converted to a status hearing on April 28, 2022, at 4:00 pm; and it is further

ORDERED that the time between April 7, 2022 and April 28, 2022, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution

_____   _____
Date   The Honorable G. Michael Harvey
United States Magistrate Judge